IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,

and

DONNELL ADDISON, KAREN ALEXANDER,
EDDIE ANDERSON, KEITH CLARK,
BILLY HERRING, KENDRICK HUNT,
ROY OLIVER, and FRED WIGGINS,

       Intervening Plaintiffs,

v.                                                  No. 05-2717-B/P

TRI-STATE PLUMBING, HEARING & AIR
CONDITIONING CONTRACTORS, INC.,

and

UNITED ASSOCIATION OF PLUMBERS,
PIPEFITTERS, and SPRINKLERFITTERS,
PLUMBERS LOCAL UNION NO. 17,

and

UNITED ASSOCIATION OF JOURNEYMEN
and APPRENTICES OF THE PLUMBING and
PIPEFITTING INDUSTRY of the UNITED
STATES and CANADA,

       Defendants.

---

### ORDER OF REFERENCE

       Before the court is a Motion to Intervene filed on December 2, 2005. This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-6-05



judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 5th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02717 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Craig M. Beard
VELANDER & ANDERSON
46 Timber Creek Drive
Memphis, TN 38018--423

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Gwendolyn Young Reams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

James Lee
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

David A. Velander
VELANDER & ANDERSON
105 South Sherrin Ave.
Louisville, KY 40207

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT