IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ull  D.C.

05 DEC 23  PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN - MEMPHIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v.  ) ) | 05-2717 B/P |
| TRI-STATE PLUMBING, HEATING & AIR CONDITIONING CONTRACTORS, INC., ) ) ) ) | |
| and  ) ) | |
| UNITED ASSOCIATION OF PLUMBERS, PIPEFITTERS, and SPRINKLERFITTERS, PLUMBERS LOCAL UNION NO. 17, ) ) ) ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Pursuant to the joint proposal of the parties, after review by the Court, the following dates are established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1)**:  Thursday, January 12, 2006

**JOINING PARTIES**:  Monday, March 6, 2006

**AMENDING PLEADINGS**:  Monday, March 6, 2006

**INITIAL MOTIONS TO DISMISS**:  Wednesday, April 5, 2006

**COMPLETING ALL DISCOVERY**:  Friday, January 5, 2007

    (a)    **DOCUMENT PRODUCTION**:  Friday, January 5, 2007

    (b)    **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**:  Friday, January 5, 2007

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-27-05



(c)   **EXPERT WITNESS DISCLOSURE (Rule 26):**

   (1)   **DISCLOSURE OF INITIAL RULE 26 EXPERT INFORMATION BY ANY PARTY**: Monday, November 6, 2006

   (2)   **DISCLOSURE OF RESPONSIVE RULE 26 EXPERT INFORMATION BY ANY PARTY**: Tuesday, December 5, 2006

   (3)   **EXPERT WITNESS DEPOSITIONS**: Friday, January 5, 2007

**FILING DISPOSITIVE MOTIONS**: Monday, February 5, 2007

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. The parties anticipate that trial will last 3-4 weeks.

The parties agree that this case is appropriate for ADR. *The parties shall engage in ADR prior to the close of discovery.* (TMP)

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing parties may file a response to any motion filed in this matter. No party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

2

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

December 23, 2005
_____
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02717 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

James Lee
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

David A. Velander
VELANDER & ANDERSON
105 South Sherrin Ave.
Louisville, KY 40207

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Craig M. Beard
VELANDER & ANDERSON
46 Timber Creek Drive
Memphis, TN 38018--423

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Gwendolyn Young Reams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT